UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TFT Global, Incorporated,

    Plaintiff,

v.

CAMACO, LLC,
a/k/a CAMACO LORAIN
MANUFACTURING,

    Defendant.
_____/

Case No. 17-cv-13105
Hon. Matthew F. Leitman

## **ORDER DENYING PLAINTIFF TFT GLOBAL, INC.'S MOTION FOR SUMMARY JUDGMENT (ECF #13)**

On February 19, 2019, the Court held a hearing on Plaintiff TFT Global, Inc.'s motion for summary judgment (ECF #13). For the reasons stated on the record, the motion is **DENIED**.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: February 19, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 19, 2019, by electronic means and/or ordinary mail.

    s/Amanda Chubb (in the absence of Holly A. Monda)
    Case Manager
    (313) 234-2644